82,551-01

July 13, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 15 2015
Abel Acosta, Clerk

Re: Cesar Ivan Chavez
CCA No. WR-82,551-01
Trial Court Case No. W08-64527-R (A)

    I'm writting to see if I can get a copy of the order that this court did to my case by Remanding my case back to my trial court on or about January 13 or 14, 2015.

    If there is a fee to get such order please let me know of it and how much.

Sincerely.

Cesar Ivan Chavez
Connally Unit - TDC # 1623265
899 FM 632
Kenedy, Texas 78119

1 of 1